UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Angela York, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:15-cv-969 UNA |
| Carolyn W. Colvin, Acting Commissioner of Social Security | ) | |
| Defendant. | ) | |

## ORDER

The above styled and numbered case was filed on June 19, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Thomas C. Mummert, III United States Magistrate Judge, under cause number 2:15-cv-00043-TCM.

**IT IS FURTHER ORDERED** that cause number 4:15-cv-969 UNA be administratively closed.

GREGORY J. LINHARES,
CLERK OF COURT

Dated: June 19, 2015     By:/s/ Michele Crayton
                             Deputy In Charge

**In all future documents filed with the Court, please use the following case number 2:15-cv-00043 TCM.**